IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re CLIFTON PERRY, K-16800,<br><br>Plaintiff.<br>_____ | No. C 12-3063 CRB (PR)<br>No. C 12-3160 CRB (PR)<br>No. C 12-3364 CRB (PR)<br><br>ORDER |

On June 15, 2012, the clerk filed as a new action a letter by plaintiff alleging various wrongdoing at San Quentin State Prison (SQSP). See Perry v. Martel, No. C 12-3063 CRB (PR). On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a completed court-approved in forma pauperis (IFP) application.

On June 19 and June 28, 2012, the clerk again filed as new actions new letters by plaintiff alleging wrongdoing at San Quentin State Prison (SQSP). See In re Perry, No. C 12-3160 CRB (PR); In re Perry, No. C 12-3364 CRB (PR). And again on those same dates, the court notified plaintiff in writing that the actions were deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a completed court-approved IFP application.

On July 2, 2012, plaintiff submitted a complaint and IFP application which were filed in his first action, Perry v. Martel, No. C 12-3063 CRB (PR). But several days later, he filed a letter in his second action, In re Perry, No. C 12-3160 CRB (PR), explaining that he did not intend to file more than one action. His letters filed as new actions on June 19 and June 28, 2012, were intended as filings in his first action, Perry v. Martel, No. C 12-3063 CRB (PR).

1  Good cause appearing, the clerk is instructed to file copies of the letters
2  filed as new actions on June 19 and June 28, 2012 into plaintiff's first case, <u>Perry</u>
3  <u>v. Martel</u>, No. C 12-3063 CRB (PR), and to close plaintiff's second and third cases,
4  <u>In re Perry</u>, No. C 12-3160 CRB (PR), and <u>In re Perry</u>, No. C 12-3364 CRB (PR),
5  as improvidently opened.  No filing fee is due on cases <u>In re Perry</u>, No. C 12-3160
6  CRB (PR), and <u>In re Perry</u>, No. C 12-3364 CRB (PR).
7  A screening order will issue shortly on plaintiff's pending case, <u>Perry v.</u>
8  <u>Martel</u>, No. C 12-3063 CRB (PR).
9  SO ORDERED.
10 DATED: July 19, 2012

CHARLES R. BREYER
United States District Judge

28 G:\PRO-SE\CRB\CR.12\Perry, C.12-3063.or1.wpd